IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN BLAIR,<br><br>Plaintiff,<br><br>vs.<br><br>MARK MALOUSEK, Personal Representative of the Estate of Kenneth Blair; MICHAEL DECKER, in his individual and professional capacity; RUSSELL DERR, Judge, in his official and individual capacity; GRANT FOSBERG, Judge, in his official and individual capacity; and SHELLY STRATMAN, Judge, Court Administrator/Official, in her official and individual capacity;<br><br>Defendants. | **8:26CV567**<br><br>**ORDER OF RECUSAL** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 2nd day of October, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge